**Order filed June 28, 2018.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00318-CV

_____

## LONE STAR PAVERS INC., Appellant

## V.

## JOSE MURILLO, Appellee

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-01837**

## ORDER

The notice of appeal in this case was filed April 18, 2018. The clerk responsible for preparing the record notified this court that appellant had not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. On May 25, 2018, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate that payment arrangements have been made to pay for the clerk's record on or before July 13, 2018. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM